IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AMERICAN ALTERNATIVE INSURANCE COMPANY**         **PLAINTIFF**

**v.**         **NO. 4:10cv141-WAP-JMV**

**NORTHWEST MISSISSIPPI GRAIN, LLC**         **DEFENDANT**

## ORDER

Before the court is Plaintiff American Alternative Insurance Company's motion to stay or extend the deadline to respond to Defendant Northwest Mississippi Grain, LLC's counterclaim. For good cause shown and defense counsel having represented that there is no objection by the defendant, the motion is hereby **GRANTED**. Accordingly, the time for AAIC to respond to Northwest's counterclaim is hereby extended until fourteen (14) days after entry of the district judge's ruling on its appeal of the magistrate judge's Order (# 46), should that ruling affirm said Order.

**SO ORDERED** this 1st day of November, 2011.

                                                                       /s/ Jane M. Virden
                                                                       UNITED STATES MAGISTRATE JUDGE