UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

AMERICAN ALTERNATIVE INSURANCE
CORPORATION                                                                                              PLAINTIFF

V.                                                                                               No. 4:10cv141-GHD-JMV

NORTHWEST MISSISSIPPI GRAIN, LLC                                                DEFENDANT

## ORDER LIFTING STAY

This matter is before the court *sua sponte*. The proceedings were stayed in the present action on the motion of the plaintiff, pending a ruling on an appeal of the magistrate judge's order allowing amendment of the complaint. Following a case management conference and the subsequent case management order, the court is of the opinion that the stay should be lifted.

IT IS THEREFORE, ORDERED that the stay on proceedings is hereby lifted and that the defendants have fourteen days from the date of this order to respond to the amended complaint.

This, the 29th day of March, 2012

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE