IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE<br>INSURANCE COMPANY | PLAINTIFF/COUNTER-DEFENDANT |
| VS. | CAUSE No.: 4:10cv141-GHD-JMV |
| NORTHWEST MISSISSIPPI GRAIN, LLC | DEFENDANT/COUNTER-PLAINTIFF |
| VS. | |
| HOME INSURANCE AGENCY, INC. and<br>GUY H. O'REILLY | THIRD-PARTY DEFENDANTS |

### ORDER

This matter is before the court on motion of the third party defendant to compel discovery responses from plaintiff American Alternative Insurance Company (# 88). Following an in chambers conference and after considering the motion and responses, the court finds the motion to be well taken.

IT IS, THEREFORE, ORDERED that the defendant's motion to compel is granted as to non- privileged matters and consistent with the court's instructions during the hearing regarding the costs incurred in providing copies.

IT IS FURTHER ORDERED, that the following deadlines are extended as discussed at the conclusion of the in chambers conference:

• Plaintiff and Counter-Plaintiff's Expert Designation Deadline: November 11, 2012
• Third-Party Defendant's Expert Designation Deadline: December 1, 2012
• Discovery Deadline: February 1, 2013
• Motions Deadline for all Motions other than *Motions in Limine*: February 24, 2013

**SO ORDERED** this 11th day of September 2012.

/s/Jane M. Virden
U.S. MAGISTRATE JUDGE